**No. 10-7161. Jwan Washington, Petitioner v. Greg Province, Warden.**

562 U.S. 1146, 131 S. Ct. 922, 178 L. Ed. 2d 769, 2011 U.S. LEXIS 408.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 376 Fed. Appx. 823.

**No. 10-7162. Richard L. Davis, Petitioner v. Louisiana.**

562 U.S. 1147, 131 S. Ct. 922, 178 L. Ed. 2d 769, 2011 U.S. LEXIS 113.

January 10, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, Second Circuit, denied.

Same case below, 26 So. 3d 802.

**No. 10-7166. Kenneth Johnson, Petitioner v. Arthur A. Morrell, et al.**

562 U.S. 1147, 131 S. Ct. 922, 178 L. Ed. 2d 769, 2011 U.S. LEXIS 323.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 391 Fed. Appx. 333.

**No. 10-7169. Keven L. Carter, Petitioner v. Rachel Vasquez, et al.**

562 U.S. 1147, 131 S. Ct. 922, 178 L. Ed. 2d 769, 2011 U.S. LEXIS 492.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-7173. Lloyd Richard Deere, Petitioner v. Nevada.**

562 U.S. 1147, 131 S. Ct. 922, 178 L. Ed. 2d 769, 2011 U.S. LEXIS 270,

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 705.

**No. 10-7174. Edward J. Bourgeois, Petitioner v. Drue Bergeron, Warden.**

562 U.S. 1147, 131 S. Ct. 923, 178 L. Ed. 2d 769, 2011 U.S. LEXIS 257,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7176. Nolan C. Davis, Sr., Petitioner v. Marlin N. Gusman, Sheriff, Orleans Parish Prison, et al.**

562 U.S. 1147, 131 S. Ct. 923, 178 L. Ed. 2d 769, 2011 U.S. LEXIS 53.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7177. Jessie Milton, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 1147, 131 S. Ct. 923, 178 L. Ed. 2d 769, 2011 U.S. LEXIS 549,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 347 Fed. Appx. 528.